# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3808

_____

GLEN CARTER,

   Appellant,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

   Appellee.

_____

On appeal from the Circuit Court for Clay County.
Gary L. Wilkinson, Judge.

May 3, 2019

PER CURIAM.

   AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gregory Lineberry, St. Petersburg, Nicholas Martino, Jacksonville, and Bryan Montague Callaway, Jacksonville Beach, for Appellant.

Harris B. Brown, Jacksonville, for Appellee.